**DIGITAL PRIVACY, INC.,
Plaintiff–Appellant,**

v.

**RSA SECURITY, INC., Defendant–
Appellee.**

No. 02–1440.

United States Court of Appeals,
Federal Circuit.

Feb. 4, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ORGANON INC. and Akzo Nobel
N.V., Plaintiffs–Appellants,**

v.

**MYLAN PHARMACEUTICALS,
INC., Defendant–Appellee,**

and

**TEVA PHARMACEUTICALS USA,
INC., Defendant–Appellee.**

Nos. 03–1216, 03–1217, 03–1218.

United States Court of Appeals,
Federal Circuit.

Feb. 5, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).